PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.                                                                                                   Crim No. 2:21CR00284

Yaro Ortiz

On March 10, 2022 the above named was placed on probation for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. The Assistant United States Attorney's Office has no opposition to Ortiz's early termination. It is accordingly recommended that he/she be discharged from supervised release.

Respectfully submitted,

*Briana Casey*
Digitally signed by Briana Casey
Date: 2024.01.04 10:49:04 -08'00'

Briana Casey
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this   4th   day of   January   ,2024

Andrew P. Gordon
United States District Judge